UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DUNCAN JUDSON,<br>    Plaintiff<br><br>    v.<br>MIDLAND CREDIT MANAGEMENT,<br>INC. AND MIDLAND FUNDING, LLC,<br>    Defendants | No. 4:13-cv-11435-TSH |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, on this 6th day of January, 2015, by and between Plaintiff and Defendants Midland Credit Management, Inc. and Midland Funding, LLC that pursuant to Fed. R. Civ. P. 41(a)(1)(ii), this action be dismissed with prejudice as to Midland Credit Management, Inc. and Midland Funding, LLC, with each party to bear their own attorney's fees, costs and expenses incurred.

Respectfully submitted,

| | |
|---|---|
| Plaintiff,<br>Duncan Judson<br>By his Attorney, | Defendant<br>Midland Funding, LLC<br>By their Attorneys, |
| /s/ Craig Thor Kimmel<br>Craig Thor Kimmel, BBO#662924<br>kimmel@creditlaw.com<br>Kimmel & Silverman, P.C.<br>30 E. Butler Pike<br>Ambler, PA 19002<br>T: (215) 540-8888 ext. 116<br>F: (877) 788-2864<br><br>Dated:  January 6, 2015 | /s/ Christopher J. Seusing<br>William T. Bogaert, BBO#546321<br>William.Bogaert@WilsonElser.com<br>Christopher J. Seusing, BBO# 667409<br>Christopher.Seusing@WilsonElser.com<br>Wilson Elser LLP<br>260 Franklin Street<br>Boston, MA 02110<br>T:  (617) 422-5300<br>F: (617) 423-6917 |

1073074v.1

## CERTIFICATE OF SERVICE

    I, Christopher J. Seusing, hereby certify that this document filed through the ECF system on January 6, 2015 will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that I will cause a copy to be served on any individuals listed on the NEF as not being registered participants, at the respective addresses listed therein, by first class mail, postage prepaid.

                                        /s/ Christopher J. Seusing